UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL D. ANDREWS,<br><br>                       Plaintiff,<br><br>-against-<br><br>THE CITY OF NEW YORK; KEVIN BAPTISTE (DA OFFICE); THE DEPARTMENT OF INVESTIGATIONS; PAUL LIGRESTI; MS. JACKOS; MILTONY YO,<br><br>                      Defendants. | 23-CV-2411 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 30, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 30, 2023
            New York, New York

                                                /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                                Chief United States District Judge